UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR-07-064-JLQ |
| ) | |
| v. ) | AGREED ORDER OF RELEASE |
| ) | |
| JAIME PATINO ) | |
| ) | |
| Defendant. ) | |

This matter having come on for hearing July 16th 2007, and the Defendant having previously stipulated to violations of release conditions and the parties having agreed to additional conditions of pretrial release, the court finds that additional conditions of release will assure the Defendant's future appearance and orders the release of the Defendant on the following additional conditions:

### ADDITIONAL CONDITIONS OF RELEASE

1) Electronic/GPS monitoring.

2) Comply with substance abuse treatment program.

3) Random testing at the direction of pretrial services;

**Order on Release**
-- 1

4)   That Jaime Patino attend substance abuse treatment in Moses Lake at the facility approved and contracted with the United States Probation Office.

DATED July 19, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

   S/ Chris Phelps
CHRISTIAN PHELPS
Attorney for Defendant

   S/ Aine Ahmed
AINE AHMED
Assistant United States Attorney

**Order on Release**
-- 2