```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )
                             )   No. CR-07-064-JLQ
           Plaintiff,        )
                             )   ORDER GRANTING DEFENDANT'S
v.                           )   UNOPPOSED MOTION AUTHORIZING
                             )   EMPLOYMENT
JAIME PATINO,                )
                             )
           Defendant.        )
                             )
─────────────────────────────)
```

THIS MATTER coming before the Court upon motion filed by the defendant for an Order allowing defendant to be employed while on pretrial release, the Court having considered the motion, and the Court being fully advised:

IT IS HEREBY ORDERED that the defendant may be employed while on pretrial release.

DATED August 20, 2007.

                    s/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION AUTHORIZING EMPLOYMENT